■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL TERRY, Appellant.—Appeal by the defendant, as limited by his brief, from two amended sentences of the County Court, Westchester County (Nicolai, J.), both imposed December 7, 1988.

Ordered that the amended sentences are affirmed.

The defendant's argument that his amended sentences were excessive is without merit *(see, People v Suitte,* 90 AD2d 80). Mangano, P. J., Kunzeman, Kooper, Sullivan and Ritter, JJ., concur.